UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MASSIMO PELACCIA | : | NO.: 3:19-cv-01072-RNC |
| *Plaintiff*, | : | |
| v. | : | |
| HARLEYSVILLE PREFERRED INSURANCE COMPANY | : | |
| *Defendant*. | : | SEPTEMBER 3, 2019 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME
TO HOLD RULE 26(F) CONFERENCE**

Pursuant to Local Rule 7(b), Defendant, Harleysville Preferred Insurance Company ("Harleysville" or "Defendant") requests an extension of time of thirty (30) days, up to and including October 9, 2019, by which the parties must meet and confer in accordance with Fed. R. Civ. Pro. 26(f). Plaintiff's counsel consents to the requested extension. In support of this motion, Harleysville avers as follows:

1. The Plaintiff commenced this action by way of Summons and Complaint dated June 12, 2019, in the Connecticut Superior Court, Judicial District of New Haven.

2. On July 9, 2019, Harleysville removed this action to the District Court. Thereafter, this matter was assigned to the Honorable Robert N. Chatigny.

3. Counsel for Harleysville filed their appearances on July 9, 2019.

4. Pursuant to Fed. R. Civ. Pro. 26(f), the parties were due to meet and confer by August 8, 2019. The court extended that motion to September 9, 2019.

5. There is good cause for an additional extension of the deadline for the parties to meet and confer, as the parties are presently engaged in productive settlement negotiations. At this juncture, it appears likely that a settlement in principal will be reached prior to September 9,

2019, however the additional time requested is necessary to permit sufficient time for the settlement agreement and release to be drafted and executed, as well as for the settlement amount to be paid.

6. This is the second such motion for extension of time filed by Harleysville as to this deadline.

7. Counsel for Plaintiff consents to the extension of time requested.

WHEREFORE, Harleysville requests the Court issue an order extending the deadline within which the parties must meet and confer pursuant to Fed. R. Civ. Pro. 26(f) until October 9, 2019.

Dated: West Hartford, Connecticut
September 3, 2019

**DEFENDANT, HARLEYSVILLE
PREFERRED INSURANCE COMPANY**

/s/ Heather L. McCoy
Elizabeth F. Ahlstrand, Esq. ct27173
Heather L. McCoy, Esq. ct28788
Seiger Gfeller Laurie LLP
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. 860-760-8400
Fax 860-860-8401
eahlstrand@sgllawgroup.com
hmccoy@sgllawgroup.com
*Its Attorneys*

## CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of September 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>  /s/ Heather L. McCoy
>  Heather L. McCoy, Esq. ct28788